1 BENJAMIN B. WAGNER
United States Attorney
2 PHILIP A. FERRARI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 96-0148 WBS |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; [~~PROPOSED~~] ORDER |
| v. | |
| VICTORINO VILLAMARIN BLANCADA, | |
| Defendant. | |

An indictment was filed in this matter on April 5, 1996, charging the above-referenced defendant with violations of Title 18, United States Code §§ 1341 and 2 [Mail Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued on the indictment. (Docket, #14). In the more than fifteen years which have passed since the indictment issued, law enforcement has been unable to apprehend the defendant. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States also respectfully requests that the arrest warrant be recalled.

///

///

MOTION TO DISMISS 1

| | |
|---|---|
| Dated: July 24, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Philip A. Ferrari<br>PHILIP A. FERRARI<br>Assistant United States Attorney |

**O R D E R**

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant (Docket, # 14) is RECALLED.

**SO ORDERED:**

Dated: July 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE